MARISOL A. NAGATA
State Bar No. 221387
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, California 91765
(626) 915-5714 – Phone
(909) 595-7323 – Fax
File No. 1925726
ndcaecf@BDFGroup.com

IT IS SO ORDERED.
Signed December 03, 2010

Arthur S. Weissbrodt
U.S. Bankruptcy Judge

Attorney for Movant
WELLS FARGO BANK, N.A., ALSO KNOWN AS WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A., AND FORMERLY KNOWN AS WACHOVIA MORTGAGE, FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB, ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>SEGUNDO L. ALMOGELA,<br><br>Debtor. | CASE NO.: 10-55120 ASW-7<br>CHAPTER: 7<br>R.S. NO.: EAT-1073<br><br>ORDER GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY<br><br>DATE: November 3, 2010<br>TIME: 2:15 p.m.<br>PLACE: U.S. Bankruptcy Court<br>Courtroom 2030, Third Floor<br>280 South First Street<br>San Jose, California |

The motion of Secured Creditor, WELLS FARGO BANK, N.A., ALSO KNOWN AS WACHOVIA MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A., AND FORMERLY KNOWN AS WACHOVIA MORTGAGE, FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB ("Movant"), ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST, for relief from the Automatic Stay came on regularly for hearing by the Court on the date and at the time and place set forth

above, the HONORABLE ARTHUR S. WEISSBORDT, United States Bankruptcy Judge presiding. Other appearances, if any, were noted on the record. For the reasons set forth on the record and in the minutes of the proceedings, it is

ORDERED, ADJUDGED AND DECREED that the automatic stay imposed by *11 U.S.C. § 362(a)* shall be and is hereby modified as to Movant, with respect to that certain real property commonly known as **989 Carson Way, Milpitas, California 95035** and legally described as follows:

> THE LAND REFERRED TO IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF SANTA CLARA, CITY OF MILPITAS, AND IS DESCRIBED AS FOLLOWS:
>
> LOT 8, AS DELINEATED UPON THAT CERTAIN MAP ENTITLED "TRACT NO. 7922", FILED FOR RECORD IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SANTA CLARA, STATE OF CALIFORNIA, ON JULY 8, 1987 IN BOOK 575 OF MAPS AT PAGES 35 AND 36.
>
> A.P.N NO: 029-50-034.

ORDERED, ADJUDGED AND DECREED that Movant, its successors and assigns, shall be and are hereby authorized to commence and progress a non-judicial foreclosure proceeding against said real property but shall **not** record or publish any Notice of Trustee's Sale or conduct any Trustee's Sale without further order from the court. Movant may seek such additional relief ninety-days after recording a Notice of Default and Election to Sell Under Deed of Trust by restoring its Motion for Relief from the Automatic Stay to the court's calendar on fifteen (15) days written notice to all appropriate parties.

** END OF ORDER **

# COURT SERVICE LIST

**DEBTOR**
SEGUNDO L ALMOGELA
989 CARSON WAY
MILPITAS CA 95035